SCANNED at WVCF and Emailed on 10/2/23 by NY - 10 pages.

United States District Court
Southern District of Indiana
Terre Haute Division

Shawn McMullin
  Plaintiff

v.  Cause Number: 2:23-cv-00478-JMS-MJD

Doe
  Defendant

**FILED**
10/02/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Complaint

I. Parties

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff: Shawn McMullin #271293
Address: P.O. Box 1111 Carlisle, IN 47838

B. Doe
Title: Education Director
Address: 320 North Tibbs Avenue Indianapolis, IN 46222

1

II, III. Statement Of Jurisdiction And Previous Lawsuits:
Jurisdiction over this action exist in the United States District Court for The Southern District Of Indiana because of my educational rights are being violated by a Education Director.

There are no claims being presented that have not been presented in any court state or federal in no suit before.

IV. Cause Of Action
Ground 1. 20 USCS § 1221-1 National Policy With Respect To Equal Educational Opportunity
Ground 2. ¶ 9.03 Students and 1 B1 Compulsory Education
Ground 3  Equal Protection

V. Statement Of Facts
In 2012, I was supposed to graduate 12th Grade a Resource Treatment Facility (Formerly Resolute Treatment Facility) The Director Was Lynn Farmer. He allowed me access to my records which contained SSN, Birth Certificate, G.P.A, Credits, and ADN Classess I took and their grades. To further my education I wrote to the Education Director in 2019 for all my records. I never heard back.

On May 28, 2022 my Power Of Attorney tried themselves but never heard back. I wrote multiple times in 2022 myself but never heard back. Because Lynn Farmer is not the Director anymore that is why he is not being sued. I do not know who is in charge now. I want my School Records/Transcripts

2

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

this has cause emotional suffering and would like $5,000 in Damages and my transcripts be handed over to me

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this __28__ day of __September__, 20__23__.

_____
Plaintiff