UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAWN MCMULLIN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DOE, *Education Director*, )<br>)<br>*Defendant*. ) | No. 2:23-cv-00478-JMS-MJD |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 12/19/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Shawn McMullin
#271293
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY – Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

1